UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY EMMETT, | § | |
| #01383329 | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-1954-B(BT) |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
|    Defendant. | § | |

## ORDER

  The United States Magistrate Judge issued findings, conclusions and a recommendation in this case. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Any objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

  Signed this 23rd day of September, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE